IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT JAHODA,

        Plaintiff,                22cv0668
                                    LEAD CASE

        v.

YNAP CORPORATION,

        Defendant.

ROBERT JAHODA,

        Plaintiff,                22cv0669
                                    MEMBER CASE

        v.

HANESBRANDS INC.,

        Defendant.

ROBERT JAHODA,

        Plaintiff,                22cv0670
                                    MEMBER CASE

        v.

THE LIFE IS GOOD COMPANY,

        Defendant.

ROBERT JAHODA,

        Plaintiff,                22cv0680
                                    MEMBER CASE

        v.

ELOQUII DESIGN, INC.,

        Defendant.

1

ROBERT JAHODA,

                Plaintiff,                    22cv0681
                                              MEMBER CASE

                    v.

CAROLS, INC.,

                Defendant

ROBERT JAHODA,

                Plaintiff,                    22cv0682
                                              MEMBER CASE

                    v.

VINCE, LLC,

                Defendant.

ROBERT JAHODA,

                Plaintiff,                    22cv0703
                                              MEMBER CASE

                    v.

WILSON SPORTING GOODS CO.,

                Defendant.

ROBERT JAHODA,

                Plaintiff,                    22cv0704
                                              MEMBER CASE

                    v.

CHRISTOPHER & BANKS, INC.,

                Defendant.

ROBERT JAHODA,

                Plaintiff,                     22cv0705
                                               MEMBER CASE

                     v.

REVOLVE GROUP, INC.,

                Defendant.

JARED CHARLAP, SOFIA MONTANO,

                Plaintiffs,                 21cv0709
                                               MEMBER CASE

                     v.

LIBERATED-SPYDER, LLC,

                Defendant.

ROBERT JAHODA,

                Plaintiffs,                 21cv0710
                                               MEMBER CASE

                     v.

TRAVISMATHEW, LLC,

                Defendant.

ROBERT JAHODA,

                Plaintiff,                   22cv0757
                                             MEMBER CASE

                     v.

ANINE BING CORPORATION,

                Defendant.

ROBERT JAHODA,

                Plaintiff,                   22cv0863
                                             MEMBER CASE

                     v.

MILITARY LUGGAGE COMPANY,

                Defendant.

ROBERT JAHODA,

                Plaintiff,                               22cv0864
                                                                    MEMBER CASE

                    v.

EXO MOUNTAIN GEAR LLC,

                Defendant.

---

ROBERT JAHODA,

                Plaintiff,                               22cv0865
                                                                    MEMBER CASE

                    v.

STEPHEN JOSEPH, INC.,

                Defendant.

---

ROBERT JAHODA,

                Plaintiff,                               22cv0869
                                                                    MEMBER CASE

                    v.

SMART-K, LLC.,

                Defendant.

---

ROBERT JAHODA,

                Plaintiff,                               22cv0870
                                                                    MEMBER CASE

                    v.

CALIFORNIA PAK, LLC.,

                Defendant.

---

ROBERT JAHODA,

          Plaintiff,                  22cv0871
                                                MEMBER CASE

              v.

PAPER MEDIA DESIGN, INC..,

          Defendant.

---

RONALD C. KOLESAR,

          Plaintiff,                  22cv0175 Erie
                                                MEMBER CASE

              v.

AMERICAN BARIATRICS, LLC,

          Defendant.

---

RONALD C. KOLESAR,

          Plaintiff,                  22cv0177 Erie
                                                MEMBER CASE

              v.

ASUS COMPUTER INTERNATIONAL,

          Defendant.

---

RONALD C. KOLESAR,

          Plaintiff,                  22cv0178 Erie
                                                MEMBER CASE

              v.

BULBHEAD.COM, LLC,

          Defendant.

## <u>CONSOLIDATION ORDER OF COURT</u>

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.  Civil Action Nos. 22-669, 22-670, 22-680, 22-681, 22-682, 22-703, 22-704, 22-705, 22-709, 22-710, 22-757, 22-863, 22-864, 22-865, 22-869, 22-870, 22-871, 22-175 Erie, 22-177 Erie, and 22-178 Erie are hereby consolidated with **Civil Action No. 2:22-cv-668**, the lead case as captioned above.

2.  All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2: 22-cv-668.**

3.  The Clerk of Court shall **close** Civil Action Nos. 22-669, 22-670, 22-680, 22-681, 22-682, 22-703, 22-704, 22-705, 22-709, 22-710, 22-757, 22-863, 22-864, 22-865, 22-869, 22-870, 22-871, 22-175 Erie, 22-177Erie, and 22-178 Erie.


        **SO ORDERED** this 21st day of June, 2022.

        <u>s/Arthur J. Schwab</u>
        Arthur J. Schwab
        United States District Judge